board of estimate and apportionment, in making such change of grade, in all respects complied with the provisions of the City Charter. Carr, Stapleton, Mills, and Rich, JJ., concur. Jenks, P. J., not voting. Settle order before Justice Mills.

Lillian McCLOSKEY, an infant, etc., etc., respondent, v. John BUCKLEY and the City of New York, appellants. (Supreme Court, Appellate Division, Second Department. January 28, 1916.) Motion to substitute the administrator granted, should the parties stipulate that the order be entered nunc pro tunc as of a date prior to the hearing of the appeal, and that all subsequent proceedings and papers be amended accordingly; otherwise, motion denied without prejudice to renewal upon papers showing precisely the date of defendant's death, the date of the appointment of the administrator, and the dates of the hearing and rehearing of the appeal. Motion for leave to appeal to the Court of Appeals denied, without prejudice to renewal thereof when the administrator is substituted as an appellant.

Lillian McCLOSKEY, an infant, etc., respondent, v. James J. BUCKLEY, as administrator, etc., and another, appellants. (Supreme Court, Appellate Division, Second Department. March 17, 1916.) Motion granted.

McDERMOTT DAIRY COMPANY, respondent, v. Patrick F. BRENNAN et al., defendants; Jeannette Brennan, appellant. (Supreme Court, Appellate Division, Second Department. February 28, 1916.) The parties hereto having stipulated in open court that a justice may be substituted in place of Burr, J., deceased, Mr. Justice Carr was so substituted. Order amending judgment of foreclosure and sale, in so far as it purports to describe an undivided one-half of the lands, is reversed, but otherwise affirmed, so far as it directs the sale of all interest of the defendants John Joseph Brennan, Michael Brennan, and Jeannette Brennan, his wife, and all persons claiming under them, or either of them, with the provision excepting and reserving the lands released by the mortgagee in 1908. As thus modified, the order is affirmed without costs. Jenks, P. J., and Thomas, Carr, Rich, and Putnam, JJ., concur. Settle order before Mr. Justice Putnam.

Matter of Frank A. McGUIRE, Respt., v. William A. PRENDERGAST, as Comptr., Applt. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Margaret MACK, respondent, v. John WANAMAKER, appellant. (Supreme Court, Appellate Division, Second Department. January 19, 1916.) Motion granted, and case set down for Monday, March 6, 1916.

Lanier McKEE v. George H. MUNROE. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Application denied, with $10 costs. Order signed.

Hugh T. McKENNA v. BOWERY SAVINGS BANK. (Supreme Court, Appellate Division, First Department. March 24, 1916.) Application granted. Order signed.

David Clinton MACKEY, appellant, v. ILLINOIS SURETY COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. February 28, 1916.) The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: As the petition was to remove this suit to the northern district of Illinois instead of to the district where the suit is pending (Judicial Code, § 29 [Act March 3, 1911, c. 231, 36 Stat. 1095, U. S. Comp. St. 1913, § 1011]), the proceedings were unauthorized. St. John v. U. S. Fidelity & Guaranty Co. (D. C.) 213 Fed. 685; St. John v. Taintor (D. C.) 220 Fed. 457. The state court not having lost jurisdiction, the learned justice at Special Term had power to set aside and revoke his approval of this bond on removal. The order of January 29, 1915, is therefore reversed, with $10 costs and disbursements, and plaintiff's motion to set aside the approval of the bond for removal is hereby granted. Jenks, P. J., and Carr, Stapleton, and Putnam, JJ., concur.

Francis P. McNICHOL, as executor, etc., appellant, v. Annie E. SLINEY, respondent. (Supreme Court, Appellate Division, Second Department. January 19, 1916.) Motion for reargument denied, with $10 costs.

Thomas B. McNICKLE, as executor, etc., of Clara Birdsall Bynner, deceased, appellant, v. James WRIGHT and Minnie Wright, respondents, and others, defendants. (Supreme Court, Appellate Division, Second Department. January 14, 1916.) Order of the County Court of Kings County affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

James McVEIGH, as administrator, etc., of Mary McVeigh, deceased, respondent, v. THOMAS ROULSTON, Inc., appellant. (Supreme Court, Appellate Division, Second Department. February 4, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

Julia W. MADDAUS and Ingo Maddaus, appellants, v. EAGLE SAVINGS & LOAN COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. March 17, 1916.) Motion granted, without costs. Thomas, Stapleton, Mills, Rich, and Putnam, JJ., concur.

Christ MANOLIS v. Rose FEINBERG. (Supreme Court, Appellate Division, First Department. March 24, 1916.) Application denied, with $10 costs. Order signed.

Joseph MAPLES, as receiver, etc., of Franklin P. Roberge, respondent and appellant, v. William O'BRIEN and Mary O'Brien, appellants and respondents, impleaded, etc. (Su-